DELLA M. BUCKLEY, Appellant and Respondent, *v.* WILLIAM H. STANSFIELD, Respondent and Appellant, Impleaded with Others.

*Buckley* v. *Stansfield*, 155 App. Div. 735, affirmed.
(Argued March 9, 1915; decided March 23, 1915.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 14, 1913, affirming a judgment in favor of plaintiff for an amount less than her claim, entered upon the report of a referee in an action brought and maintained by the plaintiff, a judgment creditor of the defendant United Cloak and Suit Company, under subdivision 2 of section 90 of the General Corporation Law, to compel the defendant William H. Stansfield, as a director of said corporation, to account for the value of property transferred by him as one of the directors, in violation of his duty, as such director, to the extent of the plaintiff's judgment against the corporation whose property was transferred, and to recover the amount of said judgment against the defendant Stansfield.

*Thomas Woods* for plaintiff, appellant and respondent.

No appearance for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, MILLER and SEABURY, JJ. Not sitting: HOGAN, J.